## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re:                )
                      )
Jennifer Cain         )    NO. 16-03228
                      )
         Debtor       )
                      )    Chapter 13
                      )
                      )    Honorable Judge Donald R. Cassling

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on March 4, 2016 at 9:30 AM, the undersigned will appear before the Honorable Donald R. Cassling at Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL 60134 and will then and there present the attached **Motion to Extend Time to File Schedules and Plan**, at which time you may appear if you so choose.

### Certificate of Service

I, Penelope N. Bach, hereby certify that I caused a copy of this notice to be served, via U.S. mail to all parties listed on the attached service list, and attached Motion upon the above parties on February 17, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY: /S/ PENELOPE N. BACH
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6284659

```
bel Matrix for local noticing          U.S. Bankruptcy Court              501 Bleecker St
52-1                                   Eastern Division                   Utica, NY 13501-2401
se 16-03228                            219 S Dearborn
rthern District of Illinois            7th Floor
icago                                  Chicago, IL 60604-1702
d Feb 17 18:02:26 CST 2016

pital One                              Chase Crad Services                Chase Mortgage
tn: Bankruptcy                         Po Box 15298                       3415 Vision Dr
 Box 30285                             Wilmington, DE 19850-5298          Columbus, OH 43219-6009
lt Lake City, UT 84130-0285


nc                                     Northwest Collectors               Pierce & Associates
Imation Place                          3601 Algonquin Rd. Suite 232       1 North Dearborn
dg 2                                   Rolling Meadows, IL 60008-3143     Ste 1300
kdale, MN 55128-3422                                                      Chicago, IL 60602-4373


enn B Stearns                          Jennifer Cain                      Patrick S Layng
1 Warrenville Road Suite 650           204 Windsor Drive                  Office of the U.S. Trustee, Region 11
sle, IL 60532-4350                     Bartlett, IL 60103-5181            219 S Dearborn St
                                                                          Room 873
                                                                          Chicago, IL 60604-2027


nelope N Bach                          End of Label Matrix
laiman Law Group, Ltd.                 Mailable recipients    12
0 Jorie Boulevard                      Bypassed recipients     0
ite 150                                Total                  12
k Brook, IL 60523-3810
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Jennifer Cain, ) | NO. 16-03228 |
| ) | |
| Debtor ) | |
| ) | Chapter 13 |
| ) | |
| ) | Honorable Judge Donald R. Cassling |

## DEBTORS MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND PLAN

**NOW COMES** JENNIFER CAIN ("Debtor"), by and through her attorneys, Sulaiman Law Group, LTD, bringing this Motion To Extend Time to File Schedules and Plan, and in support thereof, states as follows:

1. The instant bankruptcy proceeding was filed as an emergency under Chapter 13 of the Bankruptcy Code on February 3, 2016.

2. The case was filed as an emergency.

3. The 341 Meeting of Creditors has been set for March 2, 2016.

4. Pursuant to Rule 1007(c) the Debtor shall file her schedules and plan within 14 days of the filing of the bankruptcy case.

5. The Debtor requires additional time to file her schedules as the Debtor is in the process of obtaining all the documents to allow for the undersigned to properly file her schedules and plan.

6. The Debtor is seeking an additional 14 days, through February 29, 2016 to accurately file her schedules and plan as prescribed by Rule 1007.

7. This is Debtor first motion seeking additional time to file her schedules and plan.

8. The extension of time will not prejudice any creditors or the Chapter 13 Trustee.

**WHEREFORE**, Debtor, JENNIFER CAIN, prays this Honorable Court for the following relief:

    A. Extending the time to file schedules and plan through February 29, 2016; and

    B. For such other and further relief this Court deems just and proper.

Dated: February 17, 2016                              Respectfully Submitted,

/s/ Penelope N. Bach
Penelope N. Bach #6284659
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: (630) 575-8181

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-03228 |
| Jennifer Cain | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER EXTENDING TIME TO FILE SCHEDULES AND PLAN

THIS CAUSE, coming to be heard on Debtor's Motion to Extend Time to File Schedules and Plan, the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

1. Debtor has through and including February 29, 2016 to file her Schedules and other required documents.

Enter:

United States Bankruptcy Judge

Dated:

**Prepared by:**
Penelope N. Bach ARDC #6284659
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20130103_bko